UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00322-FDW-DSC

| | |
|---|---|
| WILLIE LEE REID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Memorandum and Recommendation ("M&R"). (Doc. No. 15). The Court, having examined Defendant's objections to the M&R (Doc. No. 16), and Plaintiff's Response (Doc. No. 17), and having made a de novo finding with respect to the portions objected to, does hereby OVERRULE Defendant's objections and ADOPTS and APPROVES the findings and recommendations set forth in the M&R.[1] The Court GRANTS Plaintiff's Motion for Summary Judgment and Motion to Remand, DENIES Defendant's Motion for Summary Judgment, and REVERSES the Commissioner's decision.

IT IS SO ORDERED.

Signed: March 22, 2016

Frank D. Whitney
Chief United States District Judge

---

[1] The Court NOTES that Defendant aptly pointed out that the M&R did not address the second issue Plaintiff raised seeking summary judgement "regarding impairments the [Administrative Law Judge (ALJ)] found non-severe…." (Doc. No. 16, n. 1). In light of the remand, the ALJ may consider this issue during the rehearing.