IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00322-FDW-DSC

| WILLIE LEE REID, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CONSENT ORDER |
| CAROLYN COLVIN,<br>Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the power of this Court to award attorney fees to a prevailing party other than the United States incurred by that party in a civil action against the United States, including proceedings for judicial review of agency action under the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA"), and in light of this Court's judgment and Order dated March 16, 2016 remanding this case to the Agency for further proceedings, and further that Plaintiff, in the fee agreement submitted by Plaintiff with Plaintiff's Motion for EAJA fees, has assigned any attorney fees owed under the EAJA to her attorney and authorized Plaintiff's attorney to endorse any government check for attorney fees paid to Plaintiff under the EAJA,

IT IS THEREFORE ORDERED that the United States Social Security Administration agrees to pay attorney fees in the amount of $4,000.00 in full satisfaction of any and all attorney fees claims Plaintiff may have in this case under the EAJA.

**SO ORDERED**.

Signed: June 16, 2016

David S. Cayer
United States Magistrate Judge

CONSENTED TO:

/s/ WHITNEY T. SCARBOROUGH
Attorney at Law
State Bar Number 43186
Poisson, Poisson & Bower, PLLC
300 East Wade Street
Wadesboro, North Carolina 28170
Telephone: (704) 694-5515
Fax: (704) 694-3616
wts@poissonlaw.com

/s/MARY ELLEN RUSSELL
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
Room 611, Altmeyer Building
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (410) 966-6388
Fax: (410) 597-0137
Mary.Ellen.Russell@ssa.gov